No. 1318, Misc. WILLIAMS *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1319, Misc. MORRELL ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Jay A. Darwin* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin, Jr.* for the United States.

No. 1320, Misc. LACRUE *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1321, Misc. OYLER *v.* ALASKA. Supreme Court of Alaska. Certiorari denied.

No. 1322, Misc. OLIVER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 1323, Misc. WOODSON *v.* MYERS, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 1328, Misc. FLETCHER *v.* CAVELL, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 1329, Misc. ANDREWS *v.* LANGLOIS, WARDEN. Supreme Court of Rhode Island. Certiorari denied.

No. 1330, Misc. NADILE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1335, Misc. LEWIS *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.